394 P.2d 156

**Dave McDONALD, Petitioner,**

**v.**

**Carmine Audine McDONALD and Howard Glenn McDonald, Respondents.**

**No. 7649.**

Supreme Court of New Mexico.

July 16, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ and NOBLE, Justices, concurring; MOISE, Justice, absent and not participating.

Ordered that the petition herein be and the same is hereby denied.

394 P.2d 156

**Raymond Henry BUCKNER, Petitioner,**

**v.**

**The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, Respondent.**

**No. 121 HC.**

Supreme Court of New Mexico.

July 28, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of mandamus be and the same is hereby denied.

394 P.2d 156

**Horace J. MOFFETT, Petitioner,**

**v.**

**STATE of New Mexico, Respondent.**

**No. 123 HC.**

Supreme Court of New Mexico.

July 28, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of habeas corpus be and the same is hereby denied for failure of petitioner to exhaust district court remedy.